AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
07/02/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -03758(1) - MAT |
| | § |
| (1) FRANCISCO GASPAR-LUCAS | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 30, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

July 02, 2025
Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03758(1)

WESTERN DISTRICT OF TEXAS

(1) FRANCISCO GASPAR-LUCAS

FACTS   (CONTINUED)

557.

The DEFENDANT, Francisco GASPAR-Lucas, an alien to the United States and a citizen of Guatemala was found approximately 11.9 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on May 26,2025 through Alexandria, Louisiana.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on May 26, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
08/15/2005, Ft. Meyers, FL, Operate Motor Vehicle w/o Valid Lic 1st Conv(M), ACC, court cost $71.
05/03/2007, Ft. Meyers, FL, Operate Motor Vehicle w/o Valid Lic 1st Conv(M), ACC, court cost $40.
08/13/2007, , Operate Motor Vehicle w/o valid Lic 1st conv(M), ACC, court cost $40.
12/11/2012, Ft. Meyers, FL, Loitering or Prowling State(M), ACC, confinement 5 days, court cost $49.80.
03/15/2016, Ft. Meyers, FL, Battery Touch or Strike Domestic Violence(M), ACC, fine $225, probation 12 months.
03/21/2016, Ft. Meyers, FL, Operate Motor Vehicle w/o Valid License(M), ACC, confinement 45 days, credited time 3 days.